July 23, 1996 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 96-1265

 ANTHONY KACHIKWU,

 Plaintiff, Appellant,

 v.

 CHARLES T. GRIGSBY, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. George A. O'Toole, Jr., U.S. District Judge] 

 

 Before

 Selya, Cyr and Boudin,
 Circuit Judges. 

 

Anthony Kachikwu on brief pro se. 
Merita A. Hopkins, Corporation Counsel, and Dawna McIntyre, 
Assistant Corporation Counsel, City of Boston Law Department, on brief
for appellees.

 

 

 Per Curiam. Upon careful review of the record and 

the parties' briefs, we conclude that summary judgment for

the defendant was proper for the reasons stated by the

district court. We add only the following comments.

 Defendant's discovery responses do not suggest to

us any grounds for reversing the judgment here.

 We cannot consider the judgment entered in another

action against other defendants, as that matter is not before

us now.

 We know of no basis for plaintiff's request that

this case be transferred to state court. 

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-